# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0445. DEBORAH L. BEACHAM v. CHARLES WAYNE BEACHAM.

After entering a final order in the parties' custody dispute in 2018, the trial court entered an order in May 2019 prohibiting plaintiff Deborah L. Beacham from filing additional documents in the case without prior court approval.  Beacham filed an application for discretionary appeal from this order, which this Court denied. See Case Number A19D0565, denied Aug. 8, 2019.  Beacham also filed this direct appeal from the same order.

Generally, appeals from orders in domestic relations cases must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). Although orders pertaining to custody may be appealed directly under OCGA § 5-6-34 (a) (11), orders in such cases that do not pertain to custody require compliance with the discretionary application procedure. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). Because the order Beacham seeks to appeal was entered in a domestic relations case, she properly filed a discretionary application. Our denial of that application served as an adjudication on the merits, which bars this direct appeal under the doctrine of res judicata. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003).

For this reason, the appeal is hereby DISMISSED. See id. at 861.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 10/21/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

     *Stephen E. Castlen*   *, Clerk.*